# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128687

TERRENCE COX and OLIVIA COX,
     Plaintiffs-Appellants,

v

MUSSON SAND & STONE, INC., an Ohio
corporation, Estate of GEORGE MUSSON,
MILDRED MUSSON, NORMAN LINK,
BETTY LINK, TERRANCE LINK,
JEROME LINK, KAREN LINK,
JEFFREY LINK, LENORE LINK,
LARRY LUCAS, ZELDA LUCAS, and
SUMMERFIELD TOWNSHIP,
     Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128687
COA: 251936
Monroe CC: 97-006736-NZ

On order of the Court, the application for leave to appeal the March 31, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

p1121